**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DAVID A. TAYLOR; and KRISTINA UDALL, Personal Representative of the Estate of ALEXANDER D. TAYLOR, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, CHERYL STRANGE, ERIC CARPENTER, JORDAN OSWALD, ELIUD KINYANJUI, DAVID NEAL, KIM BROOKE, JUSTIN JENKS, and DOES 1-2,<br><br>Defendants. | NO. 2:25-cv-02029-JHC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CHANGE VENUE** |

THIS MATTER comes before the Court on Defendants' Motion to Change Venue to the United States District Court for the Eastern District of Washington at Spokane. Dkt. 11. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court rules as follows:

Convenience and judicial economy weigh in favor of the requested transfer. For these reasons, as well as other presented by Defendant, *see* Dkt. ## 11 & 24, the Court finds that venue would be proper in the Eastern District of Washington. Thus, the Court GRANTS the motion. Now, therefore, it

ORDER GRANTING
DEFENDANTS' MOTION TO
CHANGE VENUE – 1
No.: C25-2029 JHC

is hereby ORDERED that venue in this matter is transferred to the United States District Court for the Eastern District of Washington at Spokane. The Court STRIKES as moot the motion at Dkt. # 20.

DATED this 5th day of January, 2026.

_____
JOHN H. CHUN
United States District Judge